UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFFS,**<br><br>**DAVID MOORE and SHEILA MOORE**<br><br>**VS.**<br><br>**DEFENDANTS,**<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **COMPLAINT** |

1. Plaintiffs, David Moore and Sheila Moore, state and bring this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiffs are filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff, David Moore, is a resident and citizen of the State of Illinois and claims damages as set forth below.

3. Plaintiff's Spouse, Sheila Moore, is a resident and citizen of the State of Illinois, and claims damages as set forth below.

4. Jurisdiction is proper based upon diversity of Citizenship.

5. Proper Venue: The District Court in which remand trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is the United States District Court for the Southern District of Illinois.

6. Plaintiff brings this action *[check the applicable designation]*:

\_\_\_X\_\_\_   On behalf of [himself/~~herself~~];

_____   ~~In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

*[Cross out if not applicable.]*

## **FACTUAL ALLEGATIONS**

7. On or about February 18, 2022, Plaintiff underwent left total knee arthroplasty during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of his surgery at HSHS Saint Anthony's Memorial Hospital, 503 North Maple Street, Effingham, IL, 62401 by Dr. Joseph Ajdinovich.

8. Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI").

9. As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has

undergone numerous procedures requiring intervention, infection management, numerous hospital admissions, a total of 10 surgeries thus far with an 11th surgery to be scheduled in the near future.

## **ALLEGATIONS AS TO INJURIES**

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

\_\_\_X\_\_\_         INJURY TO ~~HERSELF~~/HIMSELF

_____         ~~INJURY TO THE PERSON REPRESENTED~~

_____         ~~WRONGFUL DEATH~~

_____         ~~SURVIVORSHIP ACTION~~

\_\_X\_\_\_         ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable):   [*Cross out if not applicable.*]

\_\_X\_\_\_\_         LOSS OF SERVICES

\_\_X\_\_\_\_         LOSS OF CONSORTIUM

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff.

## **DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

12. The following claims and allegations are asserted by Plaintiffs and are herein adopted by reference (check all that are applicable):

\_\_\_X\_\_\_         FIRST CAUSE OF ACTION - NEGLIGENCE;

\_\_\_X\_\_\_         SECOND CAUSE OF ACTION - STRICT LIABILITY;

\_\_\_X\_\_\_\_         FAILURE TO WARN

\_\_\_X\_\_\_\_         DEFECTIVE DESIGN AND MANUFACTURE

__X___             THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

__X___             FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF ILLINOIS, ILL. COMP. STAT. ANN. CH. 810, 5/2-314, ET SEQ.;

__X___             FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

__X___             SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

__X___             SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

__X___             EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

__X___             NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF ILLINOIS, ILL. COMP. STAT. ANN. CH. 815, 505/1, ET SEQ.;

__X___             TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;

__X___             ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;

__X___             TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;

__X___             THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and

__X___             FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

In addition to the above, Plaintiffs assert any applicable law under the State of Illinois.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement;

7. Restitution of remedy Defendants' unjust enrichment; and

8. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated:   September 19, 2024

                                        Respectfully submitted,

                                        */s/*   Walter Kelley
                                        Walter Kelley, BBO #670525
                                        wkelley@realjustice.com
                                        Bernheim Kelley Battista, LLC.
                                        4 Court Street
                                        Plymouth, MA   02360
                                        Tel. (617) 865-3659
                                        Fax (617) 830-8374